IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CLIFTON ORLANDO SOLOMON                                                    PLAINTIFF

v.                                   Civil No. 4:18-CV-04074

MILLER COUNTY, ARKANSAS, *et. al.*                                        DEFENDANTS

### **ORDER**

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff has filed a motion (ECF No. 8) to voluntarily dismiss this case without prejudice. Defendants have not yet been served. The Clerk is directed to treat this as a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and dismiss this case without prejudice.

IT IS SO ORDERED this 23rd day of July 2018.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE